THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SUELLEN RADER BLYMYER, *et al.*,<br>Defendants. | CASE NO. C13-1555-JCC<br>ORDER |

This matter comes before the Court on the parties' joint motion (Dkt. No. 33) to terminate the consent decree in this matter (Dkt. No. 31). According to their motion (Dkt. No. 33), all obligations pursuant to the decree "have been fulfilled" and there is no further need for the decree. (*Id.* at 1.) The Court agrees. *See, e.g.*, *Freeman v. Pitts,* 503 U.S. 467, 489 (1992) ("A remedy is justifiable only insofar as it advances the ultimate objective of alleviating the . . . violation."); *Board of Education of Oklahoma City Public Schools v. Dowell,* 498 U.S. 237, 249–50 (1991) (noting that such legal remedies are not intended to operate in perpetuity). Thus, the Court GRANTS the motion, terminates the decree, and DIRECTS the Clerk to close this case.

//

//

//

So ORDERED this 14th day of October 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE